UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORREY DEAN TROXEL,<br><br>               Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C20-1475-SKV<br><br>ORDER TO SHOW CAUSE |

By Order dated April 28, 2021, the Court advised the parties of the briefing schedule. Dkt. 16. The Order directed Plaintiff to file an Opening Brief no later than June 3, 2021. To date, Plaintiff has not filed an Opening Brief or sought to extend the filing deadline. The Court thus ORDERS Plaintiff to SHOW CAUSE within **fourteen (14) days** of the date of this Order why the Court should not enter judgment dismissing this case for failure to comply with the Court's scheduling order.

Dated this 4th day of June, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER TO SHOW CAUSE - 1