# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| TORREY DEAN TROXEL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C20-1475-SKV<br><br>ORDER REVERSING COMMISSIONER'S DECISION |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge shall not disturb the disability determination beginning May 7, 2019. But for the period of February 17, 2017, until May 7, 2019, the Administrative Law Judge shall take any steps necessary to fully develop the administrative record; provide the claimant an opportunity for a new hearing; and to submit additional evidence in support of his claim. Further, the Administrative Law Judge shall reevaluate the opinion evidence in accordance with 20 CFR 416.927; reevaluate the residual functional capacity; and if warranted, obtain supplemental vocational evidence. The parties agree

that reasonable attorney fees, expenses, and costs may be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 7th day of July 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov